IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICK LOGAN,<br>　　　　　Petitioner,<br><br>　　　v.<br><br>ALLEGHENY COUNTY DISTRICT<br>ATTORNEY OFFICE, et al.,<br>　　　　　Respondents. | Civil Action No. 17-910 |

## ORDER

AND NOW, this 20th day of February, 2018, for the reasons set forth in the accompanying memorandum opinion:

IT IS ORDERED that the motion to dismiss the petition for a writ of habeas corpus filed by respondents (ECF No. 16) is granted;

IT IS FURTHER ORDERED that the motion to appoint counsel filed by the petitioner (ECF No. 18) is dismissed as moot;

IT IS FURTHER ORDERED that the motion for discovery filed by the petitioner (ECF No. 20) is dismissed as moot; and

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the petitioner desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Federal Rule of Appellate Procedure 3.

The Clerk shall mark this case closed.

　　　　　　　　　　　　　　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　/s/ JOY FLOWERS CONTI
　　　　　　　　　　　　　　　　　JOY FLOWERS CONTI
　　　　　　　　　　　　　　　　　Chief United States District Judge

cc:　Nick Logan
　　　LJ-7274
　　　SCI Huntingdon
　　　1100 Pike Street
　　　Huntingdon, PA 16654-1112